**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Austin Elijah BURTON, Defendant—**
**Appellant.**

**No. 03–10381.**

**D.C. No. CR–02–05187–1–AWI.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 13, 2004.

Decided May 11, 2004.

Dawrence W. Rice, Jr., Fresno, CA, for Plaintiff–Appellee.

Eric V. Kersten, Fresno, CA, for Defendant–Appellant.

Before WALLACE, KOZINSKI and THOMAS, Circuit Judges.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

MEMORANDUM *

1. We reverse Burton's conviction under 18 U.S.C. § 2113(d), because there was no evidence that Burton did more than possess a dangerous weapon. *United States v. Odom,* 329 F.3d 1032, 1035 (9th Cir.2003).

2. We affirm Burton's conviction under 18 U.S.C. § 924(c)(1), because a rational juror could have found Burton carried a gun within the meaning of this statute. *United States v. Bernard,* 48 F.3d 427, 429 (9th Cir.1995).

AFFIRMED IN PART AND REVERSED IN PART.